IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § <br> as Broadcast Licensee of the July 26, 2008 § <br> Cotto/Margarito Event, § <br> Plaintiff, § <br> v. § <br> § <br> 1) MOSO VENTURES, INC., Individually § <br> and d/b/a CUTIE PIES ROADHOUSE and § <br> d/b/a CUTIE PIES; and § <br> 2) JOHN PALLINI, Individually and d/b/a § <br> CUTIE PIES ROADHOUSE and d/b/a § <br> CUTIE PIES, § <br> Defendants. § | Civil Action No. 3:11-cv-01767-N |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Plaintiff's Motion to Dismiss. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiffs' Motion to Dismiss is granted in part and denied in part. Considered as a Motion to Set Aside the Clerk's Entry of Default, the Motion is granted and the Clerk's Entry of Default set aside. Considered as a Motion to Dismiss, the Motion is denied as meritless. Defendants Moso Ventures, Inc. and John Pallini shall have 30 days from the date of this Order to answer or otherwise

plead.

    SIGNED September 5, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE